STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRANK ABBOTT, DEFENDANT-PETITIONER.

See same case below: 64 *N. J. Super.* 191.

*Mr. Charles Handler* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Martin L. Greenberg* for the respondent.

January 30, 1961. Granted.